**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRITTAIN WALLER,**

        **Plaintiff,**　　　　　　　　　　**Case No. 2:26-cv-220**
   **v.**　　　　　　　　　　　　　　**Chief District Judge Sarah D. Morrison**
　　　　　　　　　　　　　　　　　**Magistrate Judge Kimberly A. Jolson**

**OHIOHEALTH GRANT FAMILY**
**MEDICINE,**

      **Defendant.**

## ORDER

Plaintiff's Motion for Leave to Proceed *in forma pauperis* is before the Court.  (Doc. 1).  The Undersigned previously recommended that the motion be denied because Plaintiff's financial affidavit demonstrated her employment income could cover the filing fee after deducting her single listed expense.  (Doc. 3).  Now, Plaintiff objects to that recommendation, asserting that she has more expenses than she initially said.  (Doc. 4).  In light of this representation, the Undersigned **WITHDRAWS** the February 24, 2026, Report and Recommendation (Doc 3).

However, Plaintiff's objection still leaves some questions about her financial status.  For one, it appears that Plaintiff's financial situation is in flux.  And for another, her objection does not include an updated financial affidavit.

Consequently, the Court **ORDERS** Plaintiff to file a new application to proceed *in forma pauperis* with an attached financial affidavit.  To allow time for Plaintiff's financial situation to settle, Plaintiff is **ORDERED** to complete and file the form at least by April 7, 2026, but not before April 1.  The Court will evaluate whether Plaintiff may proceed *in forma pauperis* at that time.

Finally, the Court advises Plaintiff that, in the future, she should be mindful about filing complete and accurate information.  To do otherwise is to waste judicial resources.  To this end, Plaintiff should also read the Southern District of Ohio's Guide for *Pro Se* Civil Litigants: https://www.ohsd.uscourts.gov/pro-se-handbook.

IT IS SO ORDERED.

Date: March 10, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE