**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRITTAIN WALLER,**

**Plaintiff,** :

**v.**

**OHIOHEALTH GRANT FAMILY MEDICINE,** :

**Defendant.**

**Case No. 2:26-cv-220**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

On June 8, 2026, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Brittain Waller's Complaint (ECF No. 8) be dismissed for want of prosecution. (ECF No. 17.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 17) is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Ms. Waller's Complaint (ECF No. 8) is **DISMISSED** for want of prosecution.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**